# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JONES, | Case No. CV-12-5643-JAK (JEM) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| KEN BARNES, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 11/20/2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE